UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PARLANTE,<br><br>       Plaintiff,<br><br>   v.<br><br>AMERICAN RIVER COLLEGE, *et al.*,<br><br>       Defendants. | Case No.  2:20-cv-02268-KJM-JDP (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ELECTRONIC FILING<br><br>ECF No. 3 |

Plaintiff moves to participate in electronic case filing. ECF No. 3. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2). Plaintiff's motion does not provide good cause for a deviation from the normal filing procedure for unrepresented litigants. If the case proceeds and plaintiff has not abused the filing procedures, the court would entertain another motion. At the current stage, however, plaintiff's motion for electronic filing is denied without prejudice. ECF No. 3.

IT IS SO ORDERED.

Dated:   September 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE