UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PARLANTE,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN RIVER COLLEGE,<br><br>  Defendant. | Case No. 2:20-cv-02268-KJM-JDP (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>ECF No. 12 |

    The court previously screened plaintiff's first amended complaint and found that it stated cognizable claims against defendant American River College and an unidentified Doe defendant. ECF No. 8. The court directed the U.S. Marshal to serve American River College but notified plaintiff that the Doe defendant could not be served until his identify is ascertained. ECF Nos. 8 & 14. Plaintiff, who is proceeding without counsel, has filed a motion that asks the court to order American River College to provide the name of the Doe defendant and to produce certain documents. ECF No. 14.

    Plaintiff's motion for discovery is premature. The docket reflects that American River College, which has not yet appeared in this case, was only recently served. ECF No. 17. After that defendant files an answer to the complaint, the court will issue a discovery and scheduling order. Plaintiff may then serve American River College's counsel with requests for discovery pursuant to Federal Rules of Civil Procedure 26-37 and 45. If plaintiff is unable to obtain

1

necessary discovery from American River College, he may then file an appropriate motion asking for the court's assistance.

Accordingly, it is hereby ORDERED that plaintiff's motion for discovery, ECF No. 12, is denied without prejudice.

IT IS SO ORDERED.

Dated:   June 23, 2022                         _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE