1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN PARLANTE,                                 Case No. 2:20-cv-02268-KJM-JDP (PS)

12                    Plaintiff,                      FINDINGS AND RECOMMENDATIONS
                                                      THAT THIS ACTION BE DISMISSED FOR
13           v.                                       FAILURE TO PROSECUTE, FAILURE TO
                                                      COMPLY WITH LOCAL RULES, AND
14    AMERICAN RIVER COLLEGE,                         FAILURE TO COMPLY WITH COURT
                                                      ORDERS
15                    Defendant.
                                                      OBJECTIONS DUE WITHIN FOURTEEN
16                                                    DAYS

17

18           Defendant filed a motion for summary judgment, which was previously noticed for

19    hearing on August 11, 2022.  After plaintiff failed to timely respond to that motion, I ordered him

20    to show cause why sanctions should not be imposed for his failure to comply with the court's

21    local rules.  ECF No. 22.  I also continued the hearing on defendant's motion and ordered plaintiff

22    to file, by August 25, 2022, either an opposition or statement of non-opposition to that motion.

23    *Id*.  Plaintiff subsequently notified the court that he was experiencing difficulty receiving his mail,

24    ECF No. 23; he did not, however, file a response to defendant's motion.  In light of plaintiff's

25    representations, I continued the hearing to October 5, 2022, and ordered him to respond to

26    defendant's motion by no later than September 21, 2022.  ECF No. 25.  I also warned plaintiff

27    that failure to comply with that order could result in a recommendation that this action be

28

1

1    dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with

2    local rules.  *Id*. at 2.

3           Plaintiff still has not filed an opposition or statement of non-opposition to defendant's

4    motion, and the deadline for doing so has passed.

5           Accordingly, it is hereby ORDERED that the October 5, 2022 hearing is vacated.

6           Further, it is RECOMMENDED that:

7           1.  This action be dismissed for failure to prosecute, failure to comply with the court's

8    local rules, and failure to comply with court orders.

9           2.  The Clerk of Court be directed to close the case.

10           I submit these findings and recommendations to the district judge under 28 U.S.C.

11   § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

12   Eastern District of California.  The parties may, within 14 days of the service of the findings and

13   recommendations, file written objections to the findings and recommendations with the court.

14   Such objections should be captioned "Objections to Magistrate Judge's Findings and

15   Recommendations."  The district judge will review the findings and recommendations under 28

16   U.S.C. § 636(b)(1)(C).

17

18   IT IS SO ORDERED.

19

20   Dated:    September 28, 2022

     JEREMY D. PETERSON
21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                                   2